RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2017 OCT -6 AM 11: 55

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

SPARKLING POOLS & PRESSURE
CLEANING, INC.

    Plaintiff,

v.

SPARKLING PRESSURE & POOL
CLEANING, INC.; MARIELA
S. RAMIREZ, an individual; and
LUIS ARRIHARAN, an individual,

    Defendants.
_____/

CASE NO.:

2:17-cv-549-FtM-99CM

## SUMMONS IN CIVIL ACTION

To: **SPARKLING PRESSURE & POOL CLEANING, INC.;**
by and through its Registered Agent,
EZ TAX & SERVICES INC.
12215 COLLIER BLVD.
UNIT #11
NAPLES, FL 34116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Harris B. Katz
    Florida Bar No. 2331
    hkatz@gadclaw.com
    lheron@gadclaw.com
    8950 Fontana Del Sol Way, Suite 100
    Naples, Florida 34109
    Telephone: (239) 331-5100
    Fax: (239) 260-7677
    *Attorney for Plaintiff*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: October 4, 2017.

CLERK OF COURT

_R. M. _____
*Signature of Clerk or Deputy Clerk*