IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RECEIVED

2017 OCT -6 AM 11: 55

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

SPARKLING POOLS & PRESSURE
CLEANING, INC.

Plaintiff,

v.

SPARKLING PRESSURE & POOL
CLEANING, INC.; MARIELA
S. RAMIREZ, an individual; and
LUIS ARRIHARAN, an individual,

Defendants.
_____/

CASE NO.:

2:17-cv-549-FtM-99CM

## SUMMONS IN CIVIL ACTION

To: **MARIELA S. RAMIREZ, an individual**
**4250 32ND AVE SW**
**NAPLES, FL 34116**

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Harris B. Katz
> Florida Bar No. 2331
> hkatz@gadclaw.com
> lheron@gadclaw.com
> 8950 Fontana Del Sol Way, Suite 100
> Naples, Florida 34109
> Telephone: (239) 331-5100
> Fax: (239) 260-7677
> *Attorney for Plaintiff*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: October 6, 2017.

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

Z:\NAPLES MASTER CLIENT LIST\SPARKLING POOLS & PRESSURE CLEANING, INC - 11614.000\DRAFTS\SUMMONS-RAMIREZ.LCH.DOCX